UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| DYLAN MARSHALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:23-cv-00119-MPB-CSW |
| | ) |
| CITY OF EVANSVILLE, INDIANA, | ) |
| EVANSVILLE POLICE DEPARTMENT, | ) |
| SAM SEDORIS Sergeant, in his official and individual capacity, | ) |
| CAGE STREET Officer, in his official and individual capacity, | ) |
| CHRISTIAN Officer, in his official and individual capacity, | ) |
| AMERICAN MEDICAL RESPONSE INC., | ) |
| STACY STEELE Emergency Responder, in her official and individual capacity, | ) |
| BRIAN CONNER Advanced Emergency Medical Technician, in his official and individual capacity, | ) |
| P.D. MCDONALD Supervisor, | ) |
| | ) |
| Defendants. | ) |

**FINAL JUDGMENT**

Pursuant to the Court's order on this date, the Court now enters **FINAL JUDGMENT** in this action in favor of Defendants and against Plaintiff Dylan Marshall.

**IT IS SO ORDERED**.

Dated: May 2, 2025

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

DYLAN MARSHALL
594 Co. Rd. 1865 E.
Fairfield, IL 62837

James F. Bleeke
BLEEKE DILLON CRANDALL ATTORNEYS
jim@bleekedilloncrandall.com

Bernard Lobermann, IV
Ziemer Stayman Weitzel & Shoulders, LLP
blobermann@zsws.com